United States District Court
Southern District of Texas
**ENTERED**
January 15, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| JANE DOE,<br>　"Petitioner," §<br>§<br>§<br>v. §<br>§ Civil Action No. 1:25-cv-00350<br>§<br>TODD LYONS, *et al.*, §<br>　"Respondents." § | |

### ORDER

  Before the Court is Petitioner's "Petition for Habeas Corpus" (Dkt. No. 1) ("Petition") and "Petitioner's Emergency Motion for Preliminary Injunction or Temporary Restraining Order" (Dkt. No. 4) ("Motion"). To expedite the Court's review, Respondents are **ORDERED** to submit a response to the Petition and Motion no later than 14 days after service of these filings upon Respondents. Petitioner is **ORDERED** to file proof of service of the Petition and Motion as a docket entry no later than **January 29, 2026, at 5 p.m.** CST. The Petitioner is not to be removed; her status quo is to remain "as is" pending resolution of this case.

Signed on January 15, 2026.

                     _____
                     Rolando Olvera
                     United States District Judge